DAVID H. STERN (SBN 196408)
david.stern@dechert.com
ALEX SPJUTE (SBN 229796)
alex.spjute@dechert.com
ANNA DO (SBN 281327)
anna.do@dechert.com
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Attorneys for Plaintiffs
Active Sports Lifestyle USA, LLC, ARS Brands, LLC, and Active RS Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVE SPORTS LIFESTYLE USA, LLC, ARS BRANDS, LLC, AND ACTIVE RS HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPAREL PRODUCTION SERVICES GLOBAL, LLC; ACTIVE HOLDINGS, LLC; and ONEWORLD STAR INTERNATIONAL HOLDINGS LTD.,<br><br>Defendants. | Case No. 2:20-CV-02056<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>[Local Rule 83-1.4] |

Pursuant to Local Rule 83-1.4, plaintiffs Active Sports Lifestyle USA, LLC, ARS Brands, LLC, and Active RS Holdings, Inc. provide notice of pendency of the following actions currently pending in Superior Court of California, County of Los Angeles that involve all or a material part of the same subject matter as the instant action:

- *Active Sports Lifestyle USA, LLC, et al., v. Apparel Production Services Global, LLC, et al.*, Superior Court of California, County of Los Angeles Case No. 20STCV01955 (the "LASC Action")

The plaintiffs in the LASC Action are Active Sports Lifestyle USA, LLC; ARS Brands, LLC; and Active RS Holdings. The defendants in the LASC Action are Apparel Production Services Global, LLC; active Holdings, LLC; and Oneworld Star International Holdings Ltd.

Plaintiffs are represented by:

> SHUMENER, ODSON & OH LLP
> Robert J. Odson
> Ben Leventhal Hicks
> 550 South Hope Street, Suite 1050
> Los Angeles, California 90071
> Tel: (213) 344-4200
> Rodson@soolp.com

The names, addresses, and phone numbers of the attorneys representing Defendants in the LASC action are unknown. Defendants have not yet appeared in the LASC action.

The instant action and the LASC action both arise from the same breaches of contracts by Apparel Production Services Global, LLC; active Holdings, LLC; and Oneworld Star International Holdings Ltd. Namely, both arise from the Defendants' failure to pay the purchase price owed to Plaintiffs pursuant to an Asset Purchase Agreement and related purchase documents, Defendants' failure to indemnify Plaintiff, and the failure of the purchaser guarantor, Oneworld Star International Holdings Ltd. to pay the amounts owed by the Defendants.

| | | |
|---|---|---|
| Dated: | March 2, 2020 | DECHERT LLP |
| | | By: */s/ David H. Stern* |
| | | David H. Stern |
| | | Alex Spjute |
| | | Anna Do |
| | | *Attorneys for Plaintiffs Active Sports Lifestyle USA, LLC, ARS Brands, LLC, and Active RS Holdings, Inc.* |

DECHERT LLP