JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVE SPORTS LIFESTYLE USA, LLC, et al., <br><br>      Plaintiffs, <br><br>   v. <br><br> ARS BRANDS, LLC, et al. <br><br>      Defendants. | No.  LA 20-CV-02056 PA (JCx) <br><br> JUDGMENT |

In accordance with the Court's September 29, 2020 Order granting the Application for Default Judgment filed by plaintiffs Active Sports Lifestyle USA LLC, ARS Brands LLC, and Active RS Holdings Inc., ("Plaintiffs"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.     Plaintiffs shall have judgment in their favor and against defendants Apparel Production Services Global LLC, Active Holdings LLC, and Oneworld Star International Holdings Ltd., ("Defendants"); and

    2.     Defendants are jointly and severally liable and shall pay to Plaintiffs the total amount of $6,163,124.40.

DATED: September 29, 2020

                                                           _____
                                                              Percy Anderson
                                           United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28